**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AARON TOMKO,<br><br>Plaintiff,<br><br>v.<br><br>ASHBURN CORPORATION d/b/a WINES 'TIL SOLD OUT (WTSO),<br><br>Defendant. | Civil Action No.:<br>1:20-cv-03439-RBK-KMW |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that Plaintiff, by and through the undersigned counsel, hereby gives notice claims in the above-captioned action are voluntarily dismissed, without prejudice, as against Defendant.

**SWARTZ SWIDLER, LLC**

By: *[/s/ Manali Arora]*
Manali Arora, Esq.
Attorney for Plaintiff

Date: April 23, 2020